IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD GREEN                                                                                           PETITIONER
ADC #73072

VS.                                       NO. 5:17-CV-00294-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                       RESPONDENT

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Green's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Petitioner Richard Green's petition for writ of habeas corpus (Doc. No.1) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE