# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD GREEN**                                                               **PETITIONER**
**ADC #73072**

**VS.**                     **NO. 5:17-CV-00294-BRW-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                  **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered today, this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2017.

                                             /s/ Billy Roy Wilson _____
                                             UNITED STATES DISTRICT JUDGE